UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RUSSELL T. NEAL,

    Plaintiff,

v.                                      CASE NO. 3:20cv191-MCR-EMT

MANAGEMENT/EMPLOYEES
OF THE WATERFRONT
RESCUE MISSION (FWB), et al.,

    Defendants.
_____/

# **O R D E R**

The Chief Magistrate Judge filed a Report and Recommendation on January 23, 2020. ECF No. 4. Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The Chief Magistrate Judge's Report and Recommendation, ECF No. 4, is adopted and incorporated by reference in this Order.

2. The state case which Plaintiff seeks to remove, Circuit Court of the First Judicial Circuit in and for Okaloosa County, Florida, Case No. 2016-CA-2164F, is **REMANDED** to the Circuit Court of the First Judicial Circuit in and for Okaloosa County, Florida;

3. All pending motions are **DENIED as moot**; and

4. The clerk of court is directed to close this case.

**DONE AND ORDERED** this 19th day of March 2020.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**